| | |
|---|---|
| 1 | Erika Bailey Drake (SBN 248034) |
| 2 | edrake@drakeanddrake.com |
|   | Roger D. Drake (SBN 237834) |
| 3 | rdrake@drakeanddrake.com |
| 4 | 23679 Calabasas Road, Suite 403 |
|   | Calabasas, California  91302 |
| 5 | Telephone:  818.438.1332 |
| 6 | Facsimile:  818.854.6899 |
|   | Attorneys for Plaintiff |
| 7 | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIA GARIBAY CORTES, | ) | |
|  | ) | CASE NO.: CV15-2277-GJS |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | |
|  | ) | [~~PROPOSED~~] ORDER |
| CAROLYN W. COLVIN, Acting, | ) | AWARDING EAJA FEES |
| Commissioner of Social Security, | ) | |
|  | ) | |
| Defendant. | ) | |
|  | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND SEVEN HUNDRED DOLLARS AND 00/100 ($2,700.00) subject to the terms of the stipulation.

DATED: May 27, 2016

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

-1-